IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| QUANG-TUAN LUONG, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-332 |
| v. | |
| THE RIVER STREET RESTAURANT CORPORATION d/b/a HUEY'S ON THE RIVER; and DOES 1-10, inclusive, | |
| Defendants. | |

**O R D E R**

Plaintiff filed his Complaint initiating this action on November 19, 2021. (Doc. 1.) Plaintiff has since filed a Notice of Voluntary Dismissal, stating his intent to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 13.) No answers or motions for summary judgment have been filed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITH PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 13th day of April, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA